**Lewis D. Thompson**
**Attorney at Law**
P.O. Box 403
Summit, New Jersey 07902
(908) 273-0992
(917) 886-5422 (cell)
Email: NJLAW6@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/04

December 21, 2004

Judge Denise Cote
United States District Court
Southern District of New York
500 Pearl Street; Room 1040
New York, NY 10007

                Re: **Benson v. Lehman Brothers, Inc. 1:04-cv-7323**
                **Request for Adjournment of Case Management Conf.**

Dear Judge Cote:

    I am presently counsel for the plaintiff, Doreen L. Benson, in the above-captioned matter and am hereby requesting a four week adjournment of a case management conference that was scheduled by the Court for January 6, 2005.

    (1)    I received an email from the court stating that there would be a Case Management Conference on this matter on January 6, 2005 in Courtroom 11B.

    (2)    There have been no previous requests for adjournment or extension in this matter.

    (3)    N/A.

    (4)    I do not know whether or not my adversary consents to this request for two reasons. First, I have not yet even served my adversary, Lehman Brothers, Inc., with the complaint; but do have reason to believe that they are aware of the suit. Second, I am not even aware that Lehman Brothers, Inc. is aware of this case management conference because the email that I received did not appear to copy my adversary on the case management conference notification (a copy of which attached herein).

(5)   There are no other scheduled dates that would be affected by this adjournment request.

Thank you very much for your kind consideration of this request.

Sincerely yours,

*Lewis D. Thompson*

Lewis D. Thompson
Attorney at Law

Encl.

**MEMO ENDORSED**

Counsel is reminded of the obligation to serve within 120 days of filing. The conference is adjourned to February 4 at 11:00 am.

Denise Cote
December 30, 2004

Subj: **Activity in Case 1:04-cv-07323-DLC Benson v. Lehman Brothers Inc. "Order for Initial Pretrial Conference"**
Date: 12/10/2004 12:57:20 P.M. Eastern Standard Time
From: NYSD_ECF_Pool@nysd.uscourts.gov
To: Courtmail@nysd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

New York Southern District

Southern District of New York

Notice of Electronic Filing

The following transaction was received from cd, entered on 12/10/2004 at 12:50 PM EST and filed on 12/9/2004
**Case Name:** Benson v. Lehman Brothers Inc.
**Case Number:** 1:04-cv-7323
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER RE INITIAL PRETRIAL CONFERENCE: Initial Conference set for 1/6/2005 10:00 AM before Judge Denise L. Cote, in Courtroom 11B. (Signed by Judge Denise L. Cote on 12/9/04) (cd, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/10/2004] [FileNumber=857641-0
] [a4ec2951352b07a7c879eb5fcb4b0411a85fc98239299569bf256571f62f3cc78ba
d44747a92672c6cdb4015453bd3bc69c4fffd160f268db62d158c348b837e]]

**1:04-cv-7323 Notice will be electronically mailed to:**

Lewis Dundon Thompson    njlaw6@aol.com,

**1:04-cv-7323 Notice will be delivered by other means to:**