UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
DOREEN BENSON,                                                   :
                                                                 :
                       Plaintiff,                      :
                                                                 : 04 Civ. 7323 (DLC) (JCF)
            v.                                                  :
                                                                 :
LEHMAN BROTHERS INC.,                                            :
                                                                 : **NOTICE OF APPEARANCE**
                       Defendant.                      :
                                                                 :
---------------------------------------------------------------- x

        PLEASE TAKE NOTICE that the undersigned hereby appears in the above-entitled action as counsel for defendant Lehman Brothers Inc. and demands that copies of all papers hereafter served in this action be served upon the undersigned at the office and address stated below.

Dated: New York, New York
       January 27, 2005

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                       By: /s/
                                            Kevin B. Leblang (KL 3186)
                                            Steven M. Knecht (SK 8404)
                                     919 Third Avenue
                                     New York, New York  10022
                                     (212) 715-9100

                                     Attorneys for Defendant
                                       Lehman Brothers Inc.

To:   Lewis D. Thompson, Esq.
        P.O. Box 403
        Summit, New Jersey 07902-0403
        (908) 273-0992

        Attorney for Plaintiff Doreen Benson

KL3:2390500.1