UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DOREEN BENSON,                              :
                                            :
                Plaintiff,                  :
                                            :  04 Civ. 7323 (DLC) (JCF)
        v.                                  :
                                            :
LEHMAN BROTHERS INC.,                       :  **STATEMENT PURSUANT**
                                            :  **TO FED. R. CIV. P. 7.1**
                Defendant.                  :
                                            :
------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Lehman Brothers Inc., a private (non-governmental) party, certifies that this defendant is a wholly owned subsidiary of Lehman Brothers Holdings Inc., which is publicly held.

Dated: New York, New York
      January 27, 2005

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                          By: /s/
                                              Kevin B. Leblang (KL 3186)
                                              Steven M. Knecht (SK 8404)
                                         919 Third Avenue
                                       New York, New York 10022
                                       (212) 715-9100

                                       Attorneys for Defendant
                                         Lehman Brothers Inc.

KL3:2390504.1