KRAMER LEVIN NAFTALIS & FRANKEL LLP

919 THIRD AVENUE

NEW YORK, N.Y. 10022 - 3852

STEVEN M. KNECHT
ASSOCIATE
TEL (212) 715-9427
FAX (212) 715-8041
sknecht@kramerlevin.com

PARIS
47, AVENUE HOCHE 75008
TEL (33-1) 44 09 46 00
FAX (33-1) 44 09 46 01



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-26-05

January 24, 2005

BY FEDERAL EXPRESS

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



RECEIVED
JAN 25 2005
CHAMBERS OF
DENISE COTE

MEMO ENDORSED

Re:   Doreen Benson v. Lehman Brothers Inc.
      SDNY No. 04 Civ. 7323 (DLC)

Dear Judge Cote:

We represent Lehman Brothers Inc. ("Lehman") in the above-captioned action and write to request that the Court adjourn the initial pretrial conference currently scheduled for February 4, 2005.

Plaintiff served Lehman with the complaint via hand delivery on January 7, 2005. Accordingly, Lehman's time to answer or move with respect to the complaint is January 27, 2005. Lehman will be serving and filing a motion to compel arbitration and supporting papers (as well as its Fed. R. Civ. P. 7.1 Statement and Notice of Appearance) no later than January 27.

In light of the foregoing, Lehman requests that the February 4 initial pretrial conference be adjourned pending the Court's decision regarding the motion. I have conferred with counsel to plaintiff, who consents to such request.

Thank you for your consideration.

Respectfully yours,

Steven M. Knecht

*Conference is adjourned sine die.*
*Denise Cote*
*Jany 26, 2005*

cc:   Lewis D. Thompson, Esq. (via federal express)
      Kevin B. Leblang, Esq.

KL3 2391780.1       *Affiliate: Studio Santa Maria*           *Alliance: Berwin Leighton Paisner*
                   *Milan * Rome*                             *London * Brussels*