UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK

_____

|  |  |
|---|---|
| DOREEN BENSON, | ) |
| | ) |
| Plaintiff, | )    04 Civ. 7323 |
| | ) |
| v. | )    **RESPONSE TO MOTION** |
| | )    **BY DEFENDANT TO COMPEL** |
| LEHMAN BROTHERS INC., | )    **ARBITRATION** |
| | ) |
| Defendant. | ) |

_____)


        The defendant, Lehman Brothers, Inc. has moved before this Court, in a motion dated January 27,

2005, requesting that this Court compel arbitration in this case, along with certain other, related relief.  For the

reasons set forth in the attached memorandum of law plaintiff, Doreen Benson, respectfully requests that

the Court enter an order: (1) denying defendant's motion to compel arbitration of plaintiff's claims

or, in the alternative, ordering that the arbitration be conducted through a neutral and unbiased

arbitral body such as the American Arbitration Association; (2) denying defendant's motion to

dismiss this action pending arbitration; (3) granting discovery to plaintiff into the employee

arbitration histories of the three designated arbitration organizations, (the New York Stock

Exchange, the American Stock Exchange and the NASD); and (4) granting such other relief as the

Court may deem just and proper.

        Dated this 22nd day of February, 2005

                                        **LEWIS D. THOMPSON**
                                        **ATTORNEY AT LAW**


                                        /S/
                                        _____
                                        Lewis D. Thompson (LT0786)

P.O. Box 403
Summit, New Jersey 07902-0403
(908) 273-0992
**Counsel for Plaintiff**

**To:**

Steven B. Knecht
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Attorney for Defendant, Lehman Brothers, Inc.

2