UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
DOREEN BENSON,                                           :
                                                         :
                    Plaintiff,                           :
                                                         :   04 Civ. 7323 (DLC) (JCF)
           v.                                            :
                                                         :
LEHMAN BROTHERS INC.,                                    :   **NOTICE OF CHANGE OF**
                                                         :   **ADDRESS**
                    Defendant.                           :
                                                         :
―――――――――――――――――――――――― x

      PLEASE TAKE NOTICE that effective April 18, 2005, the law firm of Kramer Levin Naftalis & Frankel LLP will be relocating to 1177 Avenue of the Americas, New York, New York 10036.  All facsimile and telephone numbers will remain the same.


                                      Kramer Levin Naftalis & Frankel LLP



                                 By:    /s/ Steven M. Knecht
                                        Kevin B. Leblang (KL 3186)
                                        Steven M. Knecht (SK 8404)


                             1177 Avenue of the Americas
                             New York, New York  10036



Dated: New York, New York
        March 16, 2005



KL3:2403451.1