UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOREEN BENSON,<br><br>        Plaintiff,<br><br>   v.<br><br>LEHMAN BROTHERS, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04 cv 07323<br>(DLC) |

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the firm, Pashman Stein, P.C., and its attorney Samuel J. Samaro, Esq. request to be substituted as counsel of record in this action for Lewis D. Thompson, Esq., who hereby requests to withdraw as counsel.

                           Respectfully submitted,

_____      _____
Samuel J. Samaro (SS9328)            Lewis D. Thompson (LT0786)
PASHMAN STEIN, P.C.                P.O. Box 403
Court Plaza South                   Summit, NJ  07902-0403
21 Main Street                      (908) 488-0431
Hackensack, NJ  07601            (908) 273-0992
(201) 488-8200
(201) 488-5556 (fax)
ssamaro@pashmanstein.com