```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOREEN BENSON,

        Plaintiff,

v.

LEHMAN BROTHERS, INC.,

        Defendant.

CIVIL ACTION NO. 04 cv 07323
(DLC)

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the firm, Pashman Stein, P.C., and its attorney Samuel J. Samaro, Esq. request to be substituted as counsel of record in this action for Lewis D. Thompson, Esq., who hereby requests to withdraw as counsel.

Respectfully submitted,

Samuel J. Samaro (SS9328)
PASHMAN STEIN, P.C.
Court Plaza South
21 Main Street
Hackensack, NJ 07601
(201) 488-8200
(201) 488-5556 (fax)
ssamaro@pashmanstein.com

Lewis D. Thompson (LT0786)
P.O. Box 403
Summit, NJ 07902-0403
~~(908) 488-0431~~
(908) 273-0992

Granted.
/s/ Denise Cote
March 16, 2006