**KRAMER LEVIN NAFTALIS & FRANKEL** LLP

STEVEN M. KNECHT
ASSOCIATE
PHONE 212-715-9182
FAX 212-715-8041
SKNECHT@KRAMERLEVIN.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/06

RECEIVED
DEC 18 2006
CHAMBERS OF
DENISE COTE

December 15, 2006

BY HAND

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

      Re:    Doreen Benson v. Lehman Brothers Inc.
              SDNY No. 04 Civ. 7323 (DLC)

Dear Judge Cote:

      We represent defendant Lehman Brothers Inc. ("Lehman") in the above-captioned action. By Opinion and Order dated May 9, 2005, the Court (i) granted Lehman's motion to compel arbitration, (ii) stayed the case until resolution of arbitration proceedings, and (iii) transferred the case to the Court's suspense docket. Your Law Clerk, Nus Choudhury, has conveyed to us Your Honor's request for a status report concerning this dispute.

      Following the Court's May 9, 2005 Opinion and Order, plaintiff filed an arbitration proceeding before the NASD. The hearing in the arbitration proceeding was scheduled to occur in December 2006. Shortly before the scheduled commencement of the hearing, plaintiff retained new counsel. The arbitration panel has adjourned the hearing dates. No new hearing dates have been set yet.

      Thank you for your consideration.

                            Respectfully yours,

                            Steven M. Knecht

cc:    Robert W. Ottinger, Esq. (by hand)
        Kevin B. Leblang, Esq.

*Status letter is due July 15, 2007.*

*Denise Cote*
*December 19, 2006*

1177 AVENUE OF THE AMERICAS   NEW YORK NY 10036-2714   PHONE 212.715.9100   FAX 212.715.8000   WWW.KRAMERLEVIN.COM
KL3 2562587.1
ALSO AT 47 AVENUE HOCHE   75008 PARIS FRANCE
IN ALLIANCE WITH BERWIN LEIGHTON PAISNER: LONDON · BRUSSELS