UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOREEN BENSON,

           Plaintiff,

v.

LEHMAN BROTHERS, Inc.,

           Defendant.

Civil Action No. 04 cv 07323

(DLC)

## STIPULATION FOR SUBSTITUTION OF COUNSEL

It is stipulated That The Ottinger Firm be substituted for Pashman & Stein, P.C., as attorney representing the above-named plaintiff in all matters pertaining to this action. It is further stipulated that Pashman & Stein is relieved of further responsibility.

Dated: December 11, 2006

Samuel J. Samaro (SS9328)
Outgoing Counsel for Plaintiff
Pashman Stein, P.C.
Court Plaza South
21 Main Street
Hackensack, NJ 07601
(201) 488-8200
(201) 488 5556 (fax)
ssamaro@pashmanstein.com

Carrie R. Kurzon (CK2481)
Incoming Counsel for Plaintiff
The Ottinger Firm, P.C.
19 Fulton Street
Suite 400
New York City, NY 10038
(212) 571-2000
(212) 571-0505 (fax)
carrie@ottingerlaw.com