SOUTH STREET SEAPORT
19 FULTON STREET, SUITE 400
NEW YORK, NEW YORK 10038

# THE OTTINGER FIRM, P.C.

TEL 212 571 2000
FAX 212 571 0505
WWW.OTTINGERLAW.COM

JUL 12 2007

July 10, 2007

**BY U.S. MAIL**
Honorable Denise L. Cote
United States District Court
Southern District Of New York
500 Pearl Street, Room 1040
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

MEMO ENDORSED

Re:   **Doreen Benson v. Lehman Brothers Inc.**
      **SDNY No. 04 Civ. 7323 (DLC)**

Dear Judge Cote:

This firm represents Plaintiff in the above captioned action and we write to provide a further status report by July 13, 2007.

This firm substituted in as counsel for Plaintiff before this Court on December 11, 2006. I agree with counsel for defendant that the main issues in the arbitration since our appearance have been our efforts to obtain a complete file and also respond to defendant's on-going requests for information from Plaintiff.

For reasons that we would prefer to explain *in camera*, we found it necessary to withdraw from the arbitration proceedings. We respectfully request permission to withdraw as counsel for Plaintiff in this matter. We will submit the affidavits required by Local Civil Rule 1.4, but request permission to do so *in camera*.

Respectfully submitted,

/s/ Robert Ottinger
Robert Ottinger

Granted.

/s/ Denise Cote
July 13, 2007

Cc:   Steven M, Knecht
      Doreen Benson