```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
DOREEN BENSON,                            :
                        Plaintiff,        :
                                          :     04 Civ. 7323 (DLC)
          -v-                             :
                                          :         ORDER
LEHMAN BROTHERS INC.,                     :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 9, 2005, defendant's motion to compel arbitration was granted, and this litigation was stayed pending resolution of the arbitration. In a status letter of July 9, 2007, the defendant reports that the December 2006 arbitration hearing was adjourned to permit plaintiff to retain new counsel. On July 16, 2007, the Court granted that counsel's application to be relieved. It does not appear that any new date for the arbitration has been set and the plaintiff is now proceeding pro se. In a letter received on August 6, plaintiff advises that she wishes to settle this case and to have it move forward. The plaintiff is advised that she must make any application for a new hearing date, scheduling order, or settlement conference to the NASD or its assigned arbitration panel.

SO ORDERED:

Dated:   New York, New York
         August 7, 2007

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Doreen Benson
17075 Gulf Pine Circle
Wellington, FL 33414

Steven M. Knecht
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714