```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
DOREEN BENSON,                       :
                      Plaintiff,     :
                                     :    04 Civ. 7323 (DLC)
              -v-                    :
                                     :    ORDER
LEHMAN BROTHERS INC.,                :
                      Defendant.     :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

    By letter dated December 27, 2007, counsel for defendant informed the Court that the arbitration panel had closed the arbitration between the parties and removed this arbitration from its docket on or about December 4, 2007. Section 12 of the Federal Arbitration Act provides that, "[n]otice of a motion to vacate, modify, or correct an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered." 9 U.S.C. § 12. Plaintiff having failed to provide such notice within three months after the award was filed, it is hereby

    ORDERED that this action be dismissed. The Clerk of Court shall close the case.

    SO ORDERED:

Dated:   New York, New York
         March 5, 2008

                                   _____
                                              DENISE COTE
                                     United States District Judge

Copies sent to:

Doreen Benson  
17075 Gulf Pine Circle  
Wellington, FL 33414

Steven M. Knecht  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  
New York, NY 10036-2714